## JOHN H. LYNDS v. WYATT WINKLER.

REPLEVIN, to recover the possession of a certain one-horse buggy, valued at $50, brought by *Lynds* against *Winkler*, before a justice of the peace of Iowa township, in Doniphan county, and by the defendant appealed to the district court of said county. Trial before the court without a jury, at

the September Term, 1879, and judgment for the defendant. *Lynds* brings the case here.

*A. S. Brewster*, for plaintiff in error.
*F. M. Keith*, for defendant in error.

*Per Curiam:* The judgment in this case will be reversed, and the case remanded with instructions to grant a new trial.

This decision is made on the authority of *Sumner v. Mc-Farlan*, 15 Kas. 600; *Hallowell v. Milne*, 16 Kas. 65; *Hall v. Draper*, 20 Kas. 137.